```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:12-CR-00443 LJO-SKO |
|---|---|
| Plaintiff, | ) AMENDED STIPULATION AND ORDER ) FOR CONTINUANCE OF STATUS |
| v. | ) CONFERENCE |
| JORGE LUIS BERAZAS-BARRON, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Anthony Capozzi, attorney for Jorge Luis Berazas-Barron, that the status conference set for January 22, 2013, at 1:00 pm be continued to February 19, 2013, at 1:00 pm. The parties have conferred and agree that additional investigation is necessary. Since the last status conference, the government has provided supplemental discovery to the defendant that consisted of multiple discs of data. The defense needs additional time to review that discovery and for further preparation. Additionally, Kathleen Servatius, the assigned Assistant United States Attorney handling the matter has been out of the office for a family emergency for

1

approximately 1 week and does not anticipate returning this week.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(8)(A).

Dated: January 16, 2013       Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                By   /s/ Kimberly A. Sanchez
                                    KIMBERLY A. SANCHEZ
                                    Assistant U.S. Attorney

Dated: January 16, 2013       /s/ Anthony Capozzi
                                      ANTHONY CAPOZZI
                                      Attorney for Jorge Luis
                                      Berazas-Barron

**ORDER**

IT IS SO ORDERED.

**Dated:   January 16, 2013**            /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE